**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eduardo MADRID–MANRIQUEZ,**
**Defendant–Appellant.**

**No. 05–50145.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided May 31, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that appellees unopposed motion to remand the case to district court for resentencing in light of the Supreme Courts recent opinion in Booker and this Courts opinion in Mares is granted.

IT IS FURTHER ORDERED that appellees unopposed motion in the alterna-

---

tive to extend time to file appellees brief until 14 days from the Courts denial of appellees motion to vacate and remand is denied as unnecessary.

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.